# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Christenson v. Chatsworth Homeowners Ass'n, Inc. .. | 15–CV–713 | 06/30/2017 | Affirmed | Beck, O'Keefe |
| Dent v. Does/Providence Hosp. | 16–AA–628 | 06/30/2017 | Affirmed | Compensation Review Board |
| White v. U.S. | 16–CF–92 | 06/30/2017 | Affirmed | McKenna |
| Akers v. U.S. | 16–CM–736 | 06/30/2017 | Affirmed | Gardner, Jr. |
| Hill v. Leony | 16–FM–311 | 06/30/2017 | Affirmed in part; Vacated in part Remanded in part | Saddler |
| Robinson v. DC | 15–CV–1269 | 06/29/2017 | Affirmed and in part | Holeman |
| Rash v. DC Office of Employee Appeals | 15–CV–1424 | 06/29/2017 | Affirmed | Nash |
| LaPlant v. Does/Trademen Int'l | 16–AA–847 | 06/29/2017 | Affirmed | Compensation Review Board |
| Solomon Enterprises, Inc. v. DC Alcoholic Beverage Control Bd. | 14–AA–1286 | 06/27/2017 | Affirmed | Alcoholic Beverage Control Board |
| Moore v. Does | 16–AA–831 | 06/23/2017 | Affirmed | Compensation Review Board |
| Johnson v. U.S. | 16–CM–537 | 06/23/2017 | Vacated and Remanded | Morin |
| Whatley v. DOES/Specialty Hospital of Washington ... | 16–AA–463 | 06/22/2017 | Vacated and Remanded | Compensation Review Board |
| Jenkins v. U.S. | 15–CO–1283 | 06/21/2017 | Affirmed | Leibovitz |